IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3071 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LUIS FRANCISCO RAMIREZ-MIRANDA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This case has been transferred to the jurisdiction of the District of Nebraska from the Western District of Texas. Since Thomas R. Lamb represents the defendant in Case No. 4:08CR3043,

IT IS ORDERED that:

(1) Mr. Lamb is also appointed to represent the defendant in this case.

(2) The Federal Public Defender shall provide Mr. Lamb with a separate CJA voucher for this case.

(3) A hearing on the petition for warrant or summons for offender under supervision (Case No. 4:08CR3071, Filing 1 at CM/ECF pp. 9-11) will be taken up at the defendant's sentencing in Case No. 4:08CR3043, on Friday, September 5, 2008, at 12:00 noon, before the undersigned.

(4) A copy of this order shall be provided to Mr. Lamb, Jan Sharp, Assistant United States Attorney, Craig Ford, United States Probation Officer, and the Federal Public Defender.

September 4, 2008.        BY THE COURT:
                          s/ *Richard G. Kopf*
                          United States District Judge